# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 4:16-cr-0435-AKK |
| | ) |
| CLIFFORD ANYOUR WRIGHT, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

The court has for consideration Clifford Anyour Wright's Motion to Suppress, doc. 17, and Motion to Sever, doc. 18, in which he moves to sever his trial from that of his co-defendant Terry Wayne Wright. The magistrate judge filed a report on March 13, 2017, recommending that the court deny both motions. *See* doc. 32. The Defendant has timely objected, *see* doc. 35, and the Government has replied, *see* doc. 36. In light of Terry Wright's guilty plea, *see* docs. 43 and 44, the motion to sever is **MOOT**.

As for the motion to suppress, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's Motion to Suppress, doc. 17, is

**DENIED.**

      Done this the 12th day of May 2017.

                                          _____
                                                ABDUL K. KALLON
                                         UNITED STATES DISTRICT JUDGE